UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

ANDREW GONZALEZ, on behalf of himself
and all others similarly situated,

       Plaintiff,

vs.

SPOONFUL MANAGEMENT MIAMI, LLC,
a Florida limited liability company;
       Defendant.

_____

### DEFENDANT'S NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ANDREW GONZALEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Spoonful Management Miami, LLC has been named and served as a defendant in the above-captioned matter. Spoonful Management Miami, LLC now removes the action to this Court pursuant to 28 U.S.C. §§ 1331 and 1441. In support of this Notice of Removal, Spoonful Management Miami, LLC shows as follows:

### FACTS

1. A Summons and Complaint, with the caption *Andrew D. Gonzalez v. Spoonful Management Miami LLC*., was served on the Defendant on September 19, 2014. A copy of the Summons and Complaint is attached as **Exhibit 1**.

2. The Summons and Complaint states that the nature of the action is a minimum wage violation of the Fair Labor Standards Act 29 U.S.C § 206(a). The purpose of the action is to recover money damages based on these alleged violations.

3. Because the Complaint is based on the Fair Labor Standards Act, a federal statute, a federal question is presented and jurisdiction in this court is proper. 28 U.S.C. § 1331.

4. Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action within this Court's original jurisdiction to this Court.

5. This Notice of Removal is timely in that it has been filed within twenty (20) days of Defendant's first receipt of Exhibit A.  28 U.S.C. § 1446(b).

### NOTICE TO PLAINTIFF

Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be served on Plaintiff's counsel of record.  In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL.

WHEREFORE, having provided notice as required by law, Defendant Spoonful Management Miami, LLC removes the aforesaid state court action to this Court under the style shown above.

Dated:  October 9, 2014

          ___s/ Kimberly A. Gilmour_____
Kimberly A. Gilmour, Esq.
Kimberly A. Gilmour, P.A.
4179 Davie Road, Suite 101
Davie, Florida 33314
Fla. Bar # 475629
gilmourlaw@aol.com
Phone: 954-584-6460

**STOKES, WAGNER, HUNT, MARETZ & TERRELL**
Paul E. Wagner, *pro hac vice* application pending
903 Hanshaw Road
Ithaca, New York 14850
Phone: 607-257-5165
pwagner@stokeswagner.com

*Counsel for Spoonful Management Miami, LLC*

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was served by first class mail and electronically to Roderick V. Hannah, Esq., 4018 Sheridan St., Hollywood, FL 33021 rhannah@rhannahlaw.com and Steven L. Miller, Esq. Kaplan & Miller, 999 Ponce De Leon Blvd. Suite 20 Coral Gables, FL 33134 smiller@kaplanmiller.com on October 9, 2014.

                                                                                           s/ Kimberly A. Gilmour  
                                                                                            Kimberly A. Gilmour, Esq.